UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERRY WILLIAMS, | 1:14-cv-2076-DAD-EPG-PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION/REQUEST FOR A SCREENING ORDER |
| vs. | |
| MARTIN D. BITER, A. MANASRAH, | (Doc. 18) |
| Defendants. | |

GERRY WILLIAMS ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed a first amended complaint. (ECF No. 13) and has filed a motion requesting that the Court screen the pleading (ECF No. 18). The Court has screened the first amended complaint (ECF No. 13) and has issued an order. Therefore, Plaintiff's motion/request for a screening order is denied as moot.

IT IS SO ORDERED.

Dated: __**April 13, 2016**__               /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE

1