UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERRY WILLIAMS,<br><br>             Plaintiff,<br><br>      v.<br><br>MARTIN D. BITER and A. MANASRAH,<br><br>             Defendants. | 1:14-cv-02076-DAD-EPG (PC)<br><br>ORDER ON PLAINTIFF'S REQUEST FOR A STATUS REPORT<br><br>(ECF NO. 40)<br><br>ORDER DIRECTING CLERK OF COURT TO SEND PLAINTIFF A COPY OF THE DOCKET SHEET |

On July 24, 2017, Plaintiff filed a request for a status report. (ECF No. 40). However, Plaintiff does not actually request a status report. He states that he was transferred to county jail on July 5, 2017, for a hearing at Los Angeles Superior Court, and was returned to Kern Valley State Prison on July 12, 2017. He requests that all documents the Court mailed to him during that time be re-served on him, and also asks for a copy of the docket sheet.

The Court will grant Plaintiff's request for a copy of the docket sheet. However, as the Court did not serve Plaintiff with any documents during the relevant time period, no documents will be re-served on Plaintiff.

Accordingly, based on the foregoing, IT IS ORDERED that the Clerk's Office is directed to serve Plaintiff with a copy of the docket sheet for this case.

IT IS SO ORDERED.

   Dated:  **July 25, 2017**                          /s/ Erica P. Grosjean
                                                            UNITED STATES MAGISTRATE JUDGE

1